○AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

### SUMMONS IN A CIVIL CASE

V.

Priceline.com, Inc., et al.                    CASE

**TO:** (Name and address of Defendant)

Priceline.com Incorporated

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where
_____
_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

**G**  Returned _____
_____
_____

**G**  Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____      _____
                        Date                           *Signature of Server*

                                                      _____
                                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

**TO:** (Name and address of Defendant)

Lowestfare.com LLC

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____          _____
CLERK                                    DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where

_____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

**G**  Returned  _____

_____

_____

**G**  Other (specify):  _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  _____        _____
                    Date                          *Signature of Server*


                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.                    CASE

TO: (Name and address of Defendant)

Travelweb LLC

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____          _____
CLERK                                            DATE


_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where

_____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

**G**  Returned  _____

_____

_____

**G**  Other (specify):  _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  _____        _____
                  Date                                      *Signature of Server*

                                                    _____
                                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

TO: (Name and address of Defendant)

Travelocity.com Inc.

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where _____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

**G** Returned _____

**G** Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____    _____
　　　　　　　Date　　　　　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

TO: (Name and address of Defendant)

Travelocity.com LP

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where

_____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

**G**  Returned  _____

_____

_____

**G**  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  _____       _____

Date                          *Signature of Server*

_____

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

TO: (Name and address of Defendant)

Site59.com, LLC

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant.  Place where _____

_____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

**G** Returned _____

_____

**G** Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____        _____
  Date          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

### SUMMONS IN A CIVIL CASE

V.

Priceline.com, Inc., et al.

CASE

**TO:** (Name and address of Defendant)

Expedia, Inc.

National Registered Agents, Inc. of Md.

Second Floor

836 Park Avenue

Baltimore, MD 21201

### YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____     _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where _____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

**G**  Returned _____

**G**  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____        _____
Date                                              *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

### SUMMONS IN A CIVIL CASE

V.

Priceline.com, Inc., et al.

CASE

TO: (Name and address of Defendant)

Hotels.com, LP

10440 N. Central Exprwy.

Suite 400

Dallas, TX 75231

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant.  Place where

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were

**G** Returned

**G** Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____    _____
               Date                   *Signature of Server*

                             _____
                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE  DISTRICT OF  MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

TO: (Name and address of Defendant)

Hotwire, Inc.

c/o National Registered Agents, Inc.

160 Greentree Dr., Suite 101

Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____          _____
CLERK                                      DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where

_____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were  _____

**G**  Returned  _____

_____

_____

**G**  Other (specify):  _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  _____      _____

Date                                        *Signature of Server*

_____

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

### SUMMONS IN A CIVIL CASE

V.

Priceline.com, Inc., et al.

CASE

TO: (Name and address of Defendant)

Travelnow.com, Inc.

c/o National Registered Agents, Inc.

160 Greentree Dr., Suite 101

Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
CLERK                                              DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant. Place where

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

**G** Returned

**G** Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed _____        _____
        Date                              *Signature of Server*

        _____
        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

**TO:** (Name and address of Defendant)

Orbitz Worldwide, Inc.

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

Felicia C. Cannon
_____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where

_____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

**G**  Returned  _____

_____

_____

**G**  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  _____        _____
            Date                                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

TO: (Name and address of Defendant)

Travelport Americas, Inc.

c/o National Registered Agents, Inc.

160 Greentree Dr., Suite 101

Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

**G**  Returned _____

_____

_____

**G**  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  _____    _____
                              Date                                   *Signature of Server*


                                                      _____
                                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

TO: (Name and address of Defendant)

Trip Network, Inc. (d/b/a Cheap Tickets)

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

CLERK

DATE

(By) DEPUTY CLERK

◯AO 440  (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where

_____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

**G**  Returned  _____

_____

_____

**G**  Other (specify):  _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  _____     _____

Date                              *Signature of Server*

_____

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

**TO:** (Name and address of Defendant)

Orbitz, LLC

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon
_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**   Served personally upon the defendant.  Place where

_____

_____

**G**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were _____

**G**   Returned   _____

_____

_____

**G**   Other (specify):   _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed    _____     _____

                    Date              *Signature of Server*

_____

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.