AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE  JFM09CV0013

TO: (Name and address of Defendant)
Priceline.com Incorporated
c/o Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
David B. Killalea
Gilbert Oshinsky LLP
1100 New York Ave. NW, Suite 700
Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

DATE  1/7/09

(By) DEPUTY CLERK

Dockets.Justia.com

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE  **JFM09CV0013**

TO: (Name and address of Defendant)

Lowestfare.com LLC

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

DATE  1/7/09

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE  JFM 09 CV 0013

TO: (Name and address of Defendant)

Travelweb LLC

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

DATE  1/7/09

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.                    CASE    JFM09CV0013

TO: (Name and address of Defendant)

Travelocity.com Inc.

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE  1/7/09

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE  JFM09CV0013

TO: (Name and address of Defendant)

Travelocity.com LP

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

DATE  1/7/09

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.        CASE     JFM09CV0013

**TO:** (Name and address of Defendant)

Site59.com, LLC

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

DATE 1/7/09

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

JFM09CV0013

TO: (Name and address of Defendant)
Expedia, Inc.
National Registered Agents, Inc. of Md.
Second Floor
836 Park Avenue
Baltimore, MD 21201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea
Gilbert Oshinsky LLP
1100 New York Ave. NW, Suite 700
Washington, DC 20005

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE 1/7/09

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.            CASE

JFM09CV0013

TO: (Name and address of Defendant)
Hotels.com, LP
10440 N. Central Exprwy.
Suite 400
Dallas, TX 75231

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
David B. Killalea
Gilbert Oshinsky LLP
1100 New York Ave. NW, Suite 700
Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

DATE  1/7/09

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.          CASE          JFM09CV0013

TO: (Name and address of Defendant)

Hotwire, Inc.

c/o National Registered Agents, Inc.

160 Greentree Dr., Suite 101

Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon

CLERK

(By) DEPUTY CLERK

DATE   1/7/09

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.          CASE   JFM09CV0013

TO: (Name and address of Defendant)

Travelnow.com, Inc.

c/o National Registered Agents, Inc.

160 Greentree Dr., Suite 101

Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon

CLERK

DATE  1/7/09

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE

JFM09CV0013

TO: (Name and address of Defendant)

Orbitz Worldwide, Inc.

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

1/7/09
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.          CASE   JFM09CV0013

TO: (Name and address of Defendant)

Travelport Americas, Inc.

c/o National Registered Agents, Inc.

160 Greentree Dr., Suite 101

Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.**
Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon

CLERK

DATE  1/7/09

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE   JFM09CV0013

TO: (Name and address of Defendant)
Trip Network, Inc. (d/b/a Cheap Tickets)
c/o Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea
Gilbert Oshinsky LLP
1100 New York Ave. NW, Suite 700
Washington, DC 20005

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

DATE 1/7/09

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE  JFM09CV0013

TO: (Name and address of Defendant)

Orbitz, LLC

c/o Corporation Service Company

2711 Centerville Rd., Suite 400

Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea

Gilbert Oshinsky LLP

1100 New York Ave. NW, Suite 700

Washington, DC 20005

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon
CLERK

DATE 1/7/09

(By) DEPUTY CLERK