Case 1:09-cv-00013-JFM   Document 3   Filed 01/06/2009   Page 25 of 28

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

County Commissioners of Worcester County, Maryland

**SUMMONS IN A CIVIL CASE**

V.

Priceline.com, Inc., et al.

CASE    JFM09CV0013

TO: (Name and address of Defendant)
Trip Network, Inc. (d/b/a Cheap Tickets)
c/o Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Killalea
Gilbert Oshinsky LLP
1100 New York Ave. NW, Suite 700
Washington, DC 20005

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NOTICE - This case is subject to electronic filing.** Information on electronic filing procedures and how to register to use the electronic filing system can be found at: www.mdd.uscourts.gov

Felicia C. Cannon                                              1/7/09
CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1-13-2009 |
| NAME OF SERVER *(PRINT)* Tara M. Kelly | TITLE attorney for plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): by agreement, served on Beth Herrington, Counsel for Defendants McDermott, Will & Emery, 227 W. Monroe St. Chicago, IL 60606-5096   via FedEx

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 1-13-09
Date

Signature of Server: Tara M. Kelly

Address of Server:
1100 New York Ave, NW
Suite 700
Washington DC 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.