IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED

JAN 2 1 2009

CLERK U.S. DISTRICT
DISTRICT OF MARYLAND

COUNTY COMMISSIONERS OF WORCESTER COUNTY, MARYLAND

Plaintiff(s)

vs.

PRICELINE.COM INCORPORATED, et al.

Defendant(s)

Case No.: 09-cv-00013-JFM

## MOTION FOR ADMISSION *PRO HAC VICE*

I, DAVID B. KILLALEA, am a member in good standing of the bar of this Court. My bar number is 10129. I am moving the admission of KARL P. BARTH to appear *pro hac vice* in this case as counsel for PLAINTIFF.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Washington State Court - 06/28/1993 | Western District of Washington - 01/03/1995 |
| | Eastern District of Washington - 09/20/2000 |
| | District of Colorado - 10/28/1997 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

Dockets.Justia.com

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| DAVID B. KILLALEA | KARL P. BARTH |
| Printed Name | Printed Name |
| GILBERT OSHINKSY LLP | LOVELL MITCHELL & BARTH, LLP |
| Firm | Firm |
| 1100 NEW YORK AVENUE, NW SUITE 700 WASHINGTON, D.C. 20005 | 11542 NE 21ST STREET BELLEVUE, WA 98004 |
| Address | Address |
| 202\772-2280 | 425\452-9800 |
| Telephone Number | Telephone Number |
| 202\772-2282 | 425\452-9801 |
| Fax Number | Fax Number |
| KILLALEAD@GOTOFIRM.COM | KBARTH@LMBLLP.COM |
| Email Address | Email Address |