# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

January 30, 2009

**BY CM/ECF**

Hon. Marvin J. Garbis
Senior United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    **Mayor and City Council of Baltimore v.
　　　　　　Priceline.com Inc., *et al.*, Civil Action No. MJG-08-3319**

            **County Commissioners of Worcester County, Maryland v.
　　　　　　Priceline.com Inc., *et al.*, Civil Action No. JFM-09-13**

Dear Judge Garbis:

      Now that Worcester County has requested that the Court consolidate its case with Baltimore City's, and Baltimore City also has offered its views on consolidation and scheduling, defendants suggest that a conference with all parties is in order to determine proceedings in the case and in particular a briefing schedule.

      Defendants at the Court's request will coordinate dates and if the Court determines that a telephone conference is appropriate, the call dial-in arrangements.

      Respectfully Submitted,

      J. Stephen Simms

Copy to  Hon. J. Frederick Motz, United Stated District Judge
       (by CM/ECF, filed in No. JFM-09-13)

Copy to All Counsel, by email/.pdf

TWENTY SOUTH CHARLES STREET • BALTIMORE, MARYLAND 21201
☎ 410-783-5795 • SIMMSSHOWERS.COM
OFFICES ALSO IN LEESBURG, VIRGINIA