IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| County Commissioners of Worcester County, Maryland | * | |
| | * | |
| Plaintiff, | | Civil Action No. JFM-09-13 |
| | * | |
| v. | | |
| | * | |
| priceline.com Incorporated, *et al.*, | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

### **ENTRY OF APPEARANCE**

To the Clerk:

Please enter the appearance of J. Stephen Simms, John T. Ward and M. Scotland Morris as defendants' counsel.

Dated: January 30, 2009

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
John T. Ward
M. Scotland Morris
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone:   410-783-5795
Facsimile: 410-510-1789

Defendants' Counsel

## CERTIFICATE OF SERVICE

I certify that on January 30, 2009 I caused the foregoing to be filed with this Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms