## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CTY. COMMR'S OF WORCESTER CTY., MD    \*

        **Plaintiff(s)**    \*

      **Case No.:**   1:09-CV-00013-JFM

          **vs.**    \*

PRICELINE.COM INC., et. al.    \*

        **Defendant(s)**

      \*\*\*\*\*\*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Stephen Simms , am a member in good standing of the bar of this

Court. My bar number is 4269 . I am moving the admission of

Randolph K. Herndon, Sr. to appear *pro hac vice* in this case as counsel for

Defendants priceline.com Inc., Lowestfare.com LLC and Travelweb LLC .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| Delaware - Dec. 10, 1981 | 3d Cir. Court of Appeals - Dec. 7, 1983 |
| | District of Delaware - Dec. 5, 1983 |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

U.S. District Court (Rev. 10/1/2007) **-** Pro Hac Vice        Page 1 of 2

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or  M. Scotland Morris , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

J. Stephen Simms
_____
Printed Name

Simms Showers LLP
_____
Firm

20 S. Charles St., Suite 702, Baltimore, MD 21201
_____
Address

(410) 783-5795
_____
Telephone Number

(410) 783-1368
_____
Fax Number

jssimms@simmsshowers.com
_____
Email Address

PROPOSED ADMITTEE

*Randolph K. Herndon*
_____
Signature

Randolph K. Herndon, Sr.
_____
Printed Name

Skadden, Arps, Slate, Meagher & Flom LLP
_____
Firm

One Rodney Square, Wilmington, DE 19801
_____
Address

(302) 651-3000
_____
Telephone Number

(302) 651-3001
_____
Fax Number

Randolph.Herndon@skadden.com
_____
Email Address