IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| County Commissioners of Worcester County, Maryland <br><br> Plaintiff, <br><br> v. <br><br> priceline.com Incorporated, *et al.*, <br><br> Defendants. | * <br> * <br> *     Civil Action No. MJG-09-13 <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### FED. R. CIV. P. RULE 7.1 AND LOCAL RULE 103.3 DISCLOSURE OF CORPORATE INTEREST FOR DEFENDANTS PRICELINE.COM INCORPORATED, LOWESTFARE.COM LLC AND TRAVELWEB LLC

Defendants priceline.com Incorporated, Lowestfare.com LLC and Travelweb LLC disclose the following, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3:

1. Priceline.com Incorporated ("priceline.com") is a publicly held corporation. No publicly held company owns ten percent or more of priceline.com.

2. Lowestfare.com LLC ("Lowestfare.com") is a wholly-owned subsidiary of priceline.com, which is a publicly held company. Other than priceline.com, no publicly held company owns ten percent or more of Lowestfare.com.

3. Travelweb LLC ("Travelweb") is a wholly-owned subsidiary of Lowestfare.com, which is itself a wholly-owned subsidiary of priceline.com, which is a publicly held company. No publicly held company owns ten percent or more of Travelweb.

4. No corporation, unincorporated association, partnership or other business entity, not a party to the case other than as set out herein, has a financial interest in the outcome of this

litigation for these defendants as defined in Local Rule 103.3 (D. Md.).

Dated: February 6, 2009

| | |
|---|---|
| Karen L. Valihura | /s/ J. Stephen Simms |
| Randolph K. Herndon | J. Stephen Simms (#4269) |
| Skadden, Arps, Slate, Meagher & Flom LLP | John T. Ward |
| One Rodney Square, P.O. Box 636 | M. Scotland Morris |
| Wilmington, Delaware 19899 | Simms Showers LLP |
| Telephone: (302) 651-3000 | 20 S. Charles Street, Suite 702 |
| Facsimile: (888) 329-3813 | Baltimore, Maryland 21201 |
| | Telephone:  410-783-5795 |
| OF COUNSEL | Facsimile: 410-510-1789 |
| | |
| Darrel J. Hieber | Defendants' Counsel |
| Skadden, Arps, Slate, Meagher & Flom LLP | |
| 300 South Grand Avenue, Suite 3400 | |
| Los Angeles, California 90071 | |
| Telephone: 213-687-5000 | |
| Facsimile: 213-621-5220 | |

Attorneys for Defendants priceline.com
Incorporated,
Lowestfare.com LLC and Travelweb LLC

## CERTIFICATE OF SERVICE

I certify that on February 6, 2009 I caused the foregoing to be filed with this Court's CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms