```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

COUNTY COMMISSIONERS OF          *
WORCESTER COUNTY, MARYLAND
                                 *
         Plaintiff
                                 *
         vs.                        CIVIL ACTION NO. MJG-09-13
                                 *
PRICELINE.COM INCORPORATED,
et al.                           *

         Defendants              *

*        *        *        *        *        *        *        *        *

## ORDER

   The instant case has been reassigned to the undersigned Judge.

   Accordingly, the Motion to Reassign Due to Relatedness [Document 23] is DENIED AS MOOT.


   SO ORDERED, on **Friday, February 6, 2009**.


                                      _____/s/_____
                                      Marvin J. Garbis
                                   United States District Judge