IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COUNTY COMMISSIONERS OF      *
WORCESTER COUNTY, MARYLAND
                             *
          Plaintiff
                             *
          vs.                     CIVIL ACTION NO. MJG-09-13
                             *
PRICELINE.COM INCORPORATED,
et al.                       *

          Defendants        *

*      *      *      *      *      *      *      *      *

FIRST PROCEDURAL ORDER

1.    The Court shall coordinate, but not consolidate,
      the instant case with Baltimore City v.
      Priceline.com, Inc. MJG-08-3319 ["the Coordinated
      Case"]as follows:

      a.    The record in the instant case is deemed to
            include all filings in the Coordinated Case.

      b.    All discovery to be conducted in the
            Coordinated Case is deemed to be conducted in
            this case.

      c.    The parties in the instant case shall
            coordinate with the parties in the
            Coordinated Case so as to avoid duplicative
            discovery proceedings.

2.    Defendants shall file any motion seeking dismissal
      on statutory construction grounds by March 16.[1]

3.    Plaintiff shall respond by April 16.

4.    Defendants may reply by May 15.

5.    A motion hearing shall be held May 29, commencing
      at 10:00 a.m.

6.    A case conference shall be held following the
      aforesaid hearing.

_____

      [1] All date references herein are to the year 2009 unless
otherwise indicated.

7. If dismissal is not granted, Defendants shall answer the Complaint within 21 days of the Order denying dismissal.

SO ORDERED, on <u>Friday, February 6, 2009</u>.

_____/s/_____
Marvin J. Garbis
United States District Judge
