IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| COUNTY COMMISSIONERS OF WORCESTER COUNTY, MARYLAND     * <br><br>        Plaintiff,                                    * <br><br> v.                                             * <br><br> PRICELINE.COM INCORPORATED, *ET AL.*,       * <br><br>        Defendants.                    * | Civil Action No. MJG-09-0013 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE
## TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

Defendants Hotels.com, L.P.; Hotwire, Inc.; TravelNow.com, Inc.; Expedia, Inc.; Orbitz Worldwide, Inc.; Orbitz, LLC; Travelport Americas, Inc.; Site 59.com, LLC; Travelocity.com, Inc.; Travelocity.com LP; Lowestfare.com LLC; Travelweb LLC; priceline.com Incorporated; Trip Network, Inc. (d/b/a Cheaptickets.com) (collectively, "Defendants") move to dismiss the complaint filed by County Commissioners of Worcester County, Maryland. Defendants herewith file and incorporate their supporting memorandum.

WHEREFORE, Defendants respectfully request this Court to grant their motion.

Dated: March 16, 2009

                                            /s/ J. Stephen Simms
                                            J. Stephen Simms (#4269)
                                            John T. Ward
                                            M. Scotland Morris
                                            SIMMS SHOWERS LLP
                                            20 S. Charles Street, Suite 702
                                            Baltimore, Maryland 21201
                                            Telephone:   410-783-5795
                                            Facsimile: 410-510-1789
                                        Counsel for all Defendants

OF COUNSEL:

Darrel J. Hieber
  (admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
E-mail: dhieber@skadden.com

Karen L. Valihura
  (admitted *pro hac vice*)
Randolph K. Herndon
  (admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP**
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
E-mails: kvalihur@skadden.com
*Counsel for Defendants priceline.com Incorporated; Lowestfare.com Incorporated; and Travelweb LLC*

James P. Karen
  (*pro hac vice* application to be submitted)
Deborah S. Sloan
  (*pro hac vice* application to be submitted)
**JONES DAY**
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mails: jkaren@jonesday.com
        dsloan@jonesday.com
*Counsel for Defendants Hotels.com, L.P.; Hotwire, Inc.; and Expedia, Inc.*

Brian S. Stagner
  (*pro hac vice* application to be submitted)
Marcus G. Mungioli
  (*pro hac vice* application to be submitted)
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:     (817) 332-2500
Facsimile:      (817) 878-9280
E-mail:         brian.stagner@khh.com
                stacy.russell@khh.com
*Counsel for Travelocity.com LP;*
*and Site59.com, LLC*

Elizabeth B. Herrington
  (*pro hac vice* application to be submitted)
**MCDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, Illinois  60606
Telephone:     (312) 372-2000
Facsimile:     (312) 984-7700
E-mail:        eherrington@mwe.com
*Counsel for Defendants Orbitz, LLC;*
*Internetwork Publishing Corp. (d/b/a Lodging.com);*
*and Trip Network, Inc. (d/b/a CheapTickets)*


## **CERTIFICATE OF SERVICE**

I certify that on March 16, 2009, I caused the foregoing to be filed with this Court's

CM/ECF system for service on all record counsel.

        /s/ J. Stephen Simms
        J. Stephen Simms (#4269)
        John T. Ward
        M. Scotland Morris
        SIMMS SHOWERS LLP
        20 S. Charles Street, Suite 702
        Baltimore, Maryland 21201
        Telephone:   410-783-5795
        Facsimile: 410-510-1789
          Counsel for all Defendants