# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| COUNTY COMMISSIONERS OF WORCESTER COUNTY, MARYLAND   * | |
| * | |
| Plaintiff, | Civil Action No. MJG-09-0013 |
| * | |
| v. | |
| * | |
| PRICELINE.COM INCORPORATED, *ET AL.*, | |
| * | |
| Defendants. | |
| * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **DEFENDANTS' MOTION FOR RECONSIDERATION**

For the reasons stated in the attached memorandum, Defendants Hotels.com, L.P.; Hotwire, Inc.; TravelNow.com, Inc.; Expedia, Inc.; Orbitz Worldwide, Inc.; Orbitz, LLC; Travelport Americas, Inc.; Site 59.com, LLC; Travelocity.com, Inc.; Travelocity.com LP; Lowestfare.com LLC; Travelweb LLC; priceline.com Incorporated; Trip Network, Inc. (d/b/a Cheaptickets.com) (collectively, "Defendants"), by and through their attorneys, respectfully move for reconsideration of the Court's June 1, 2009 Order denying Defendant's motion to dismiss (the "Order," Dkt. No. 43).

Respectfully submitted, this 15th day of June, 2009.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
John T. Ward (#1507)
M. Scotland Morris (#25167)
SIMMS SHOWERS LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone:   410-783-5795
Facsimile: 410-510-1789
  Counsel for all Defendants

OF COUNSEL:

Darrel J. Hieber
  (admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP**
300 South Grand Avenue, Suite 3400
Los Angeles, California  90071
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600
E-mail:      dhieber@skadden.com

Karen L. Valihura
  (admitted *pro hac vice*)
Randolph K. Herndon
  (admitted *pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP**
One Rodney Square, P.O. Box 636
Wilmington, Delaware  19899
Telephone:   (302) 651-3000
Facsimile:   (302) 651-3001
E-mails:     kvalihur@skadden.com
             rherndon@skadden.com
***Counsel for Defendants priceline.com Incorporated; Lowestfare.com Incorporated; and Travelweb LLC***

James P. Karen
  (*pro hac vice* application to be submitted)
Deborah S. Sloan
  (*pro hac vice* application to be submitted)
**JONES DAY**
2727 North Harwood Street
Dallas, Texas  75201
Telephone:   (214) 220-3939
Facsimile:   (214) 969-5100
E-mails:     jkaren@jonesday.com
             dsloan@jonesday.com
***Counsel for Defendants Hotels.com, L.P.; Hotwire, Inc.; and Expedia, Inc.***

Brian S. Stagner
  (*pro hac vice* application to be submitted)
Stacey S. Russell
   (admitted *pro hac vice*)
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:   (817) 332-2500
Facsimile:   (817) 878-9280
E-mail:   brian.stagner@khh.com
   stacy.russell@khh.com
***Counsel for Travelocity.com LP;***
***and Site59.com, LLC***

Elizabeth B. Herrington
  (*pro hac vice* application to be submitted)
**MCDERMOTT WILL & EMERY LLP**
227 West Monroe Street
Chicago, Illinois  60606
Telephone:   (312) 372-2000
Facsimile:   (312) 984-7700
E-mail:   eherrington@mwe.com
***Counsel for Defendants Orbitz, LLC;***
***Internetwork Publishing Corp. (d/b/a Lodging.com);***
***and Trip Network, Inc. (d/b/a CheapTickets)***

## CERTIFICATE OF SERVICE

I certify that on June 15, 2009, I caused the foregoing to be filed with this Court's

CM/ECF system for service on all record counsel.

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
John T. Ward (#1507)
M. Scotland Morris (#25167)
SIMMS SHOWERS LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone:   410-783-5795
Facsimile: 410-510-1789
   Counsel for all Defendants