IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| County Commissioners of Worcester County, Maryland | * |
| | * |
| Plaintiff, | Civil Action No. MJG-09-13 |
| | * |
| v. | |
| | * |
| priceline.com Incorporated, *et al.*, | |
| | * |
| Defendants. | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### FED. R. CIV. P. RULE 7.1 AND LOCAL RULE 103.3 DISCLOSURE OF CORPORATE INTEREST FOR DEFENDANTS TRAVELOCITY.COM INC., TRAVELOCITY.COM LP, AND SITE59.COM, LLC

Defendants Travelocity.com, Inc., Travelocity.com LP, and Site59.com, LLC disclose the following, pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3:

1.      Travelocity.com Inc., Travelocity.com LP, and Site59.com, LLC are indirect subsidiaries of Sabre Holdings Corporation, a privately held Delaware corporation.

2.      No publicly held corporation owns 10% or more of the stock of Travelocity.com Inc., Travelocity.com LP, Sabre Holdings Corporation or Site59.com, LLC.

3.      AIG and Sabre, Inc. (a subsidiary of Sabre Holdings Corporation and parent corporation of Travelocity.com LP and Travelocity.com, Inc.) have a financial interest in the outcome of this litigation for these defendants as defined in Local Rule 103.3.

Dated: June 26, 2009

Respectfully submitted,

/s/ J. Stephen Simms
J. Stephen Simms (#4269)
John T. Ward (#1507)
M. Scotland Morris (#25167)
SIMMS SHOWERS LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-510-1789
***Counsel for all Defendants***

OF COUNSEL:
Brian S. Stagner
  (*pro hac vice* application to be submitted)
Stacey S. Russell
  (admitted *pro hac vice*)
Scott R. Wiehle
  (*pro hac vice* application to be submitted)
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
E-mail: brian.stagner@khh.com
stacy.russell@khh.com
scott.wiehle@khh.com
***Counsel for Defendants Travelocity.com Inc., Travelocity.com, LP, and Site59.com LLC***

## CERTIFICATE OF SERVICE

I certify that on June 26, 2009, I caused the foregoing to be filed with this Court's CM/ECF system for service on all record counsel.

/s/ M. Scotland Morris