IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| County Commissioners of Worcester County, Maryland | * | |
| | * | |
| Plaintiff, | | Civil Action No. MJG-09-13 |
| | * | |
| v. | | |
| | * | |
| priceline.com Incorporated, *et al.*, | | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**FED. R. CIV. P. RULE 7.1 AND LOCAL RULE 103.3 DISCLOSURE OF CORPORATE INTEREST FOR DEFENDANTS TRAVELPORT AMERICAS, LLC (f/k/a CENDANT TRAVEL DISTRIBUTION SERVICES GROUP, INC.), TRIP NETWORK, INC. (d/b/a <u>CHEAPTICKETS), ORBITZ, LLC, AND ORBITZ WORLDWIDE, INC.</u>**

Defendants Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), Trip Network, Inc. (d/b/a CheapTickets), Orbitz, LLC, and Orbitz, Inc. disclose the following pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3:

      1.     Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.) ("Travelport") is a Delaware limited liability company. No publicly held company owns ten percent or more of Travelport.

      2.     Trip Network, Inc. (d/b/a CheapTickets) ("CheapTickets")[1] is a Delaware corporation and an indirect subsidiary of Orbitz Worldwide, Inc., which is a publicly held

---

[1] CheapTickets was incorrectly named in the Complaint as "Trip Network, Inc. (d/b/a Cheaptickets.com)". Further, the Complaint names "Cheaptickets, Inc." CheapTickets is not aware of any company named Cheaptickets, Inc., and therefore no disclosure can be submitted on its behalf. Counsel for Defendants has asked Plaintiff's counsel to correct the entity names, but to date they have not done so. For purposes of this disclosure, CheapTickets assumes Plaintiff intended to name Trip Network, Inc. (d/b/a CheapTickets), and therefore discloses only on its behalf.

company. Other than Orbitz Worldwide, Inc., no publicly held company owns ten percent or more of CheapTickets.

3. Orbitz, LLC ("Orbitz") is a Delaware limited liability company and an indirect subsidiary of Orbitz Worldwide, Inc. Other than Orbitz Worldwide, Inc., no publicly held company owns ten percent or more of Orbitz.

4. Orbitz Worldwide, Inc. is a Delaware corporation and is publicly held. A majority of the stock of Orbitz Worldwide, Inc. is directly held by TDS Investor (Luxembourg) S.a.r.l., a société à responsabilité limitée organized under the laws of Luxembourg.

5. No corporation, unincorporated association, partnership, or other business entity, not a party to the case other than as set out herein, has a financial interest in the outcome of this litigation for these defendants as defined in Local Rule 103.3.

Dated: June 26, 2009

                                              Respectfully Submitted,

                                              /s/ J. Stephen Simms
                                              J. Stephen Simms (#4269)
                                              John T. Ward (#1507)
                                              M. Scotland Morris (#25167)
                                              SIMMS SHOWERS LLP
                                              20 S. Charles Street, Suite 702
                                              Baltimore, Maryland 21201
                                              Telephone: 410-783-5795
                                              Facsimile: 410-510-1789
                                              ***Counsel for all Defendants***

**OF COUNSEL:**

Elizabeth B. Herrington
  (*pro hac vice* application to be submitted)
Aron J. Frakes
  (*pro hac vice* application to be submitted)
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone:     (312) 372-2000
Facsimile:     (312) 984-7700
E-mail: eherrington@mwe.com
          ajfrakes@mwe.com
***Counsel for Defendants Orbitz, LLC; Orbitz Worldwide, Inc.; Travelport, Inc. (f/k/a Cendant Travel Distribution Services Group, Inc.); and Trip Network, Inc. (d/b/a CheapTickets)***

## CERTIFICATE OF SERVICE

I certify that on June 26, 2009 I caused the foregoing to be filed with this Court's CM/ECF system for service on all record counsel.

/s/ M. Scotland Morris