# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

June 29, 2009

**BY CM/ECF**

Hon. Marvin J. Garbis
Senior United States District Judge
United States District Court
  for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

>  Re:   **Mayor and City Council of Baltimore v.
>         Priceline.com Inc.,** *et al.***, Civil Action No. MJG-08-3319**
>
>         **County Commissioners of Worcester County, Maryland v.
>         Priceline.com Inc.,** *et al.***, Civil Action No. MJG 09-13**

Dear Judge Garbis:

    We write for the parties in the Baltimore and Worcester cases.

    The parties respectfully request the Court to extend to July 8th (from tomorrow, June 30th) the time for them to submit to the Court their proposed discovery plan and case schedule.

    The parties have conferred and exchanged drafts of the discovery plan and schedule, and have made progress on the issues. They believe that this additional time would enable them to agree on a draft addressing most or all of the issues.

Respectfully Submitted,

J. Stephen Simms

Copy by CM/ECF to all record counsel

TWENTY SOUTH CHARLES STREET • BALTIMORE, MARYLAND 21201
☎ 410-783-5795 • SIMMSSHOWERS.COM
OFFICES ALSO IN LEESBURG, VIRGINIA