# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
—
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 8, 2009

**BY HAND DELIVERY AND EMAIL / .PDF**

Hon. Marvin J. Garbis
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  Mayor and City Council of Baltimore v.
     Priceline.com Inc., *et al.*, Civil Action No. MJG-08-3319

     County Commissioners of Worcester County, Maryland v.
     Priceline.com Inc., *et al.*, Civil Action No. MJG-09-13

Dear Judge Garbis:

As you have requested, the parties have been successful in working together to come to an agreement in an effort to coordinate discovery and minimize duplicative efforts. Enclosed is a proposed Scheduling and Discovery Sharing Protocol Order as well as a proposed protective order. All parties in both actions have agreed to these proposed orders.

We thank the Court for allowing us to have the additional time to meet and confer.

Respectfully submitted,

*Karen L. Valihura*

Karen L. Valihura

Accompanying pages: Defendants' proposed Scheduling and Discovery Sharing Protocol Order and proposed Protective Order

Copy to All Counsel, by email/.pdf

585693.01-Wilmington Server 1A - MSW