IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MARYLAND

COUNTY COMMISSIONERS OF WORCESTER COUNTY, MARYLAND

    Plaintiff,

Vs.

PRICELINE.COM INCORPORATED, ET AL.,

    Defendants.

\* Civil Action No. MJG-09-0013

**************************************************

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN S. STAGNER

I, J. Stephen Simms, am a member in good standing of the bar of this Court. My bar number is 4269. I am moving the admission of Brian S. Stagner to appear *pro hac vice* in this case as counsel for Site 59.com, LLC, Travelocity.com Inc., and Travelocity.com LP.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| COURT | DATE OF ADMISSION |
| --- | --- |
| State Bar of Texas, Texas Bar No. 24002992 | 1997 |
| U.S. District Court for the Northern District Texas | 1997 |
| U.S. District Court for the Western District of Texas | 2007 |
| United States Court of Appeals, Second Circuit | 2007 |
| United States Court of Appeals, Fourth Circuit | 2007 |
| United States Court of Appeals, Fifth Circuit | 1998 |
| United States Court of Appeals, Sixth Circuit | 2008 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero (0) times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or J. Stephen Simms, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. The $50.00 fee for admission pro hac vice is enclosed.

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| J. Stephen Simms<br>Maryland Bar No. 4269<br>SIMMS SHOWERS LLP<br>20 S. Charles St., Suite 702<br>Baltimore, Maryland 21201<br>410-783-5795 Telephone<br>410-510-1789 Facsimile<br>jssimms@simmsshowers.com | Brian S. Stagner<br>Texas Bar No. 24002992<br>KELLY HART & HALLMAN LLP<br>201 Main St., Suite 2500<br>Fort Worth, Texas 76102<br>817-878-3567 Telephone<br>817-878-9280 Facsimile<br>brian.stagner@khh.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2009, I caused the foregoing to be filed with this Court's CM/ECF system for service on all record counsel.

*/s/ J. Stephen Simms*
J. Stephen Simms