IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COUNTY COMMISSIONERS OF WORCESTER
COUNTY, MARYLAND

    **Plaintiff(s)**

vs.    Case No.: MJG-09-0013

PRICELINE.COM INCORPORATED, et al.

    **Defendant(s)**

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, J. Stephen Simms, am a member in good standing of the bar of this Court. My bar number is 4269. I am moving the admission of Scott R. Wiehle to appear *pro hac vice* in this case as counsel for Site 59.com, LLC, Travelocity.com Inc., and Travelocity.com LP.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Texas - 5/4/04 | 5th Circuit - 8/10/04; Federal Circuit - 4/28/06; |
| Illinois - 11/7/02 | 3rd Circuit - 5/1/09; N.D. Ill. - 12/19/02; |
|  | S.D. Tex. - 9/13/04; N.D. Tex. - 12/19/03; E.D. Tex. 8/16/04 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure

Dockets.Justia.com

and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or  M. Scotland Morris , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ J. Stephen Simms | |
| Signature | Signature |
| J. Stephen Simms | Scott R. Wiehle |
| Printed Name | Printed Name |
| Simms Showers LLP | Kelly Hart & Hallman LLP |
| Firm | Firm |
| 20 S. Charles St., Ste. 702 | 201 Main St., Ste. 2500 |
| Baltimore, MD 21201 | Fort Worth, TX 76102 |
| Address | Address |
| 410-783-5795 | 817-878-3593 |
| Telephone Number | Telephone Number |
| 410-510-1789 | 817-878-9793 |
| Fax Number | Fax Number |
| jssimms@simmsshowers.com | scott.wiehle@khh.com |
| Email Address | Email Address |