IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COUNTY COMMISSIONERS OF WORCESTER
COUNTY, MARYLAND

Plaintiff(s)

Case No.: MJG-09-0013

vs.

PRICELINE.COM INCORPORATED, et al.

Defendant(s)

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __J. Stephen Simms__, am a member in good standing of the bar of this Court. My bar number is __4269__. I am moving the admission of __Brian S. Stagner__ to appear *pro hac vice* in this case as counsel for __Site 59.com, LLC, Travelocity.com Inc., and Travelocity.com LP__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Texas - 1997 | N.D. Tex. - 1997; W.D. Tex. - 2007; |
|  | 2nd Circuit - 2007; 4th Circuit - 2007; |
|  | 5th Circuit - 1998; 6th Circuit - 2008 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure

Dockets.Justia.com

and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.    Either the undersigned movant or  M. Scotland Morris  , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.    **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.    We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

_____
Signature

J. Stephen Simms

Printed Name

Simms Showers LLP

Firm

20 S. Charles St., Ste. 702
Baltimore, MD 21201

Address

410-783-5795

Telephone Number

410-510-1789

Fax Number

jssimms@simmsshowers.com

Email Address

PROPOSED ADMITTEE

_____
Signature

Brian S. Stagner

Printed Name

Kelly Hart & Hallman LLP

Firm

201 Main St., Ste. 2500
Fort Worth, TX 76102

Address

817-878-3567

Telephone Number

817-878-9280

Fax Number

brian.stagner@khh.com

Email Address