IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COUNTY COMMISSIONERS OF WORCESTER CTY., MD  *

**Plaintiff(s)**

\*  Case No.: MJG-09-13

vs.

\*

PRICELINE.COM INC., ET AL.

**Defendant(s)**  *

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, David B. Killalea, am a member in good standing of the bar of this Court. My bar number is 10129. I am moving the admission of Mark A. Packman to appear *pro hac vice* in this case as counsel for Plaintiff, County Commissioners of Worcester County, Maryland.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| District of Columbia Court of Appeals 12/19/1980 | United States Supreme Court 10/21/1985 |
| | U.S. Court of Appeals for the District of Columbia Circuit 12/19/1980 |
| | U.S. District Court for the District of Columbia 5/3/1982 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure

and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ David B. Killalea | *Mark A. Packman* (signature) |
| Signature | Signature |
| David B. Killalea | Mark A. Packman |
| Printed Name | Printed Name |
| Gilbert Oshinsky LLP | Gilbert Oshinsky LLP |
| Firm | Firm |
| 1100 New York Ave., Ste. 700, Washington DC 20005 | 1100 New York Ave., Ste. 700, Washington DC 20005 |
| Address | Address |
| (202) 772-2280 | (202) 772-2320 |
| Telephone Number | Telephone Number |
| (202) 772-2282 | (202) 772-2322 |
| Fax Number | Fax Number |
| killalead@gotofirm.com | packmanm@gotofirm.com |
| Email Address | Email Address |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNTY COMMISSIONERS OF WORCESTER COUNTY, MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>PRICELINE.COM INCORPORATED, *et al.*,<br><br>Defendants. | Case No. 09-CV-00013-MJG |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

IT IS HEREBY ORDERED, that Plaintiff's Motion for Admission *Pro Hac Vice* of Mark A. Packman in the United States District Court for the District of Maryland in the above captioned action is GRANTED.

SO ORDERED this ____ day of _____, 2009.

_____
The Honorable Marvin J. Garbis

1219/005/1104137.1

# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

MARK A. PACKMAN

was, on the 3rd day of May A.D. 1982 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 14th day of August, A.D. 2009

**NANCY M. MAYER-WHITTINGTON**, CLERK

By: *Michael Darby*
Deputy Clerk