## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNTY COMMISSIONERS OF WORCESTER COUNTY, MARYLAND,<br><br>         Plaintiff,<br><br>v.<br><br>PRICELINE.COM INCORPORATED, et al.,<br><br>         Defendants. | Case No. 09-CV-00013-MJG |

### NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective AUGUST 31, 2009, Gilbert Oshinsky LLP changed its name to Gilbert LLP. All future references to the firm in this matter should be to Gilbert LLP. The firm's and its lawyers' address, phone numbers and fax numbers have not been affected by this change.

DATED: September 16, 2009

Respectfully submitted,

*/s/ David B. Killalea*
David B. Killalea, *D of MD 10129*
Mark A. Packman
Andrea K. Hopkins
**GILBERT LLP**
1100 New York Ave NW Ste 700
Washington, DC 20005
Telephone: (202) 772-2280
Facsimile: (202) 772-2282
Email: killalead@gotofirm.com

Attorneys for Plaintiff County Commissioners of Worcester County, Maryland