Case 1:09-cv-00013-MJG   Document 78   Filed 11/20/09   Page 1 of 1

# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 NOV 24  A 11:53

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

November 20, 2009

BY CM/ECF

Hon. Marvin J. Garbis
Senior United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   Mayor and City Council of Baltimore v.
      Priceline.com Inc., *et al.*, Civil Action No. MJG-08-3319

      County Commissioners of Worcester County, Maryland v.
      Priceline.com Inc., *et al.*, Civil Action No. MJG-09-13

Dear Judge Garbis:

The parties respectfully seek an extension in the present case schedule. The parties have been working diligently to comply with the original schedule. Further, the Defendants and the City of Baltimore engaged in a full day mediation before Judge Bredar on November 4. A follow up mediation date has been set for February 23, 2010. Discovery has been proceeding. However, the parties agree that they need additional time and respectfully request an extension of the present schedule.

Below are the proposed new deadlines. Each of the new proposed dates, aside from the Monday, March 1st deadline, falls on a Friday.

|  | Present Date | New Date |
|---|---|---|
| Discovery Deadline | December 18, 2009 | March 1, 2010 |
| Plaintiff's Expert Disclosure | January 13, 2010 | March 19, 2010 |
| Defendants' Expert Disclosure | February 12, 2010 | April 16, 2010 |
| Plaintiff's Rebuttal Expert Disclosure | March 12, 2010 | May 14, 2010 |
| Dispositive Pretrial Motions Deadline | March 15, 2010 | May 28, 2010 |

SO ORDERED, on **Monday, November 23, 2009**.

Respectfully Submitted,

/s/
Marvin J. Garbis
United States Sistrict Judge

/s/
J. Stephen Simms

Copy to All Counsel, by email/.pdf

TWENTY SOUTH CHARLES STREET • BALTIMORE, MARYLAND 21201
☎ 410-783-5795 • SIMMSSHOWERS.COM
OFFICES ALSO IN LEESBURG, VIRGINIA

Dockets.Justia.com