IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| MAYOR & CITY COUNCIL OF BALTIMORE, | * | |
| | * | |
| Plaintiff, | | |
| vs. | * | Civil Action No. MJG-08-3319 |
| PRICELINE.COM INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| COUNTY COMMISSIONERS OF WORCESTER COUNTY, MARYLAND, | * | |
| | * | |
| Plaintiff, | | |
| vs. | * | Civil Action No. MJG-09-13 |
| PRICELINE.COM INC., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION FOR ADMISSION PRO HAC VICE**

I, J. Stephen Simms, am a member in good standing of the bar of this Court. My bar number is 4269. I am moving the admission of Stacy Horth-Neubert to appear *pro hac vice* in this case as counsel for defendants priceline.com Inc., Lowestfare.com LLC and Travelweb LLC.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| California - 9/12/2001 | 9th Circuit - 4/27/2006 |
| New York - 6/21/1999 | Central District of California - 10/26/2001 |
| | Northern District of California - 5/10/2002 |
| | Southern District of California - 4/12/2002 |
| | Eastern District of New York - 2/3/2000 |
| | Southern District of New York - 2/3/2000 |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or M. Scotland Moris, who is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.  The $50.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

/

[Continued on Next Page]

/

9.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully Submitted,

| **MOVANT** | **PROPOSED ADMITTEE** |
|---|---|
| /s/ J. Stephen Simms<br>J. Stephen Simms<br>Simms Showers LLP<br>Suite 702<br>20 S. Charles Street<br>Baltimore, Maryland 21201<br>Telephone 410-783-5795<br>Facsimile 410-510-1789<br><br>jssimms@simmsshowers.com | *(signature)*<br>_____<br>Stacy Horth-Neubert<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue<br>Suite 3400<br>Los Angeles, California 90071<br>Telephone 213-687-5000<br>Facsimile  213-687-5600<br><br>stacy.horth-neubert@skadden.com |