UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNTY COMMISSIONERS OF WORCESTER COUNTY, MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>PRICELINE.COM INCORPORATED, *ET AL.*,<br><br>Defendants. | Case No. 09-CV-00013-MJG |

Pursuant to Local Rule 101(2)(b), Gilbert LLP hereby moves to withdraw as attorney of Record for Plaintiff, County Commissioners of Worcester County, Maryland ("Worcester County"). Worcester County continues to be represented by several able counsel – Lovell Mitchell & Barth, LLP, Lovell Stewart & Halebian, LLP, Richard J. Burke LLC, and Freed & Weiss, LLC. Gilbert LLP believes that, given the number of counsel involved in this case, its continued representation is unnecessary. Gilbert LLP provided due notice to Worcester County by letter dated February 4, 2010, which was sent by overnight mail. *See* Declaration of Mark A. Packman (Exhibit 1 hereto).

Respectfully submitted,

DATED: February 16, 2010

By: /s/ Mark A. Packman
Mark A. Packman
Gilbert LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: packmanm@gotofirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I caused a copy of the foregoing to be delivered by electronic mail, as agreed to by all parties, to the following persons:

**J. Stephen Simms, Esq.**
**John T. Ward, Esq.**
**M. Scotland Morris, Esq.**
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 2120
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
Email: jssimms@simmsshowers.com
Email: jtward@simmsshowers.com
Email: smorris@simmsshowers.com

*Attorneys for All Defendants*

**Elizabeth Brooke Herrington, Esq.**
**Aron Frakes, Esq.**
**Megal Thibert-Ind, Esq.**
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: eherrington@mwe.com

*Attorneys for Travelport Americas, LLC,*
*Trip Network, Inc., Orbitz, LLC,*
*Orbitz Worldwide, Inc.*

**Karen Lynn Valihura, Esq.**
Skadden, Arps, Slate, Meager & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
Email: Karen.valihura@skadden.com

*Attorneys for Priceline.com, Inc.,*
*Lowestfare.com, Travelweb LLC*

**James P. Karen (Of Counsel)**
**Deborah S. Sloan (Of Counsel)**
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email: jkaren@jonesday.com
Email: dsloan@jonesday.com

*Attorneys for Hotels.com, L.P.; Hotels.com GP, LLC; Hotwire, Inc.; Expedia, Inc. and TravelNow.com, Inc.*

**Brian S. Stagner, Esq.**
**Scott Wiehle, Esq.**
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280
Email: brian.stagner@khh.com
Email: scott.wiehle@khh.com

*Attorney for Travelocity.com, Inc., Site59.com*

/s/ Andrea Hopkins
Mark A. Packman, *Pro Hac Vice*
David B. Killalea (D. Md. Bar No. 10129)
Andrea K. Hopkins (D. Md. Bar No. 29090)
**GILBERT LLP**
1100 New York Ave NW Ste 700
Washington, DC 20005
Telephone: (202)772-2280
Email: packmanm@gotofirm.com