County Commissioners of Worcester County, Maryland v. Priceline.com Incorporated et al | Doc. 86

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COUNTY COMMISSIONERS OF WORCESTER
COUNTY, MARYLAND,

    Plaintiff,

v.

PRICELINE.COM INCORPORATED, *ET AL.*,

    Defendants.

Case No. 09-CV-00013-MJG

Pursuant to Local Rule 101(2)(b), Gilbert LLP hereby moves to withdraw as attorney of Record for Plaintiff, County Commissioners of Worcester County, Maryland ("Worcester County"). Worcester County continues to be represented by several able counsel – Lovell Mitchell & Barth, LLP, Lovell Stewart & Halebian, LLP, Richard J. Burke LLC, and Freed & Weiss, LLC. Gilbert LLP believes that, given the number of counsel involved in this case, its continued representation is unnecessary. Gilbert LLP provided due notice to Worcester County by letter dated February 4, 2010, which was sent by overnight mail. *See* Declaration of Mark A. Packman (Exhibit 1 hereto).

Respectfully submitted,

DATED: February 16, 2010

By: /s/ Mark A. Packman

Mark A. Packman
Gilbert LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: packmanm@gotofirm.com

SO ORDERED, on Tuesday, February 16, 2010.

/s/
Marvin J. Garbis
United States District Judge

Dockets.Justia.com