# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

March 3, 2010

**BY CM/ECF**

Hon. Marvin J. Garbis
Senior United States District Judge
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

       **Re:**    **Mayor and City Council of Baltimore v.
            Priceline.com Inc., et al., Civil Action No. MJG-08-3319**

            **County Commissioners of Worcester County, Maryland v.
             Priceline.com Inc., et al., Civil Action No. MJG-09-13**

Dear Judge Garbis:

    The Defendants in the above-captioned matters and plaintiff Mayor and City Council of Baltimore (the "City of Baltimore) respectfully seek another extension in the present case schedule. Plaintiff County Commissioners of Worcester County, Maryland has been contacted by both the Defendants and the City of Baltimore but has yet to respond.

    Below are the proposed new deadlines.[1]

|  | **Present Date** | **New Date** |
|---|---|---|
| Discovery Deadline | March 1, 2010 | April 1, 2010 |
| Plaintiff's Expert Disclosure | March 19, 2010 | April 19, 2010 |
| Defendants' Expert Disclosure | April 16, 2010 | May 17, 2010 |
| Plaintiff's Rebuttal Expert Disclosure | May 14, 2010 | June 14, 2010 |
| Dispositive Pretrial Motions Deadline | May 28, 2010 | June 28, 2010 |

                        Respectfully Submitted,

                        J. Stephen Simms

Copy to All Counsel, by email/.pdf / CM/ECF

---

[1] The extension of the discovery deadline will apply <u>only</u> to discovery requests served on or before March 1, 2010.