# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

March 3, 2010

**BY CM/ECF**

Hon. Marvin J. Garbis
Senior United States District Judge
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    **Mayor and City Council of Baltimore v.
               Priceline.com Inc., et al., Civil Action No. MJG-08-3319**

              **County Commissioners of Worcester County, Maryland v.
               Priceline.com Inc., et al., Civil Action No. MJG-09-13**

Dear Judge Garbis:

      Further on the schedule extension request filed earlier today, we now also have the agreement of plaintiff County Commissioners of Worcester County, Maryland to the extension.

                                                        Respectfully Submitted,

                                                        J. Stephen Simms

Copy to All Counsel, by email/.pdf / CM/ECF